IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Ronald Johnson, ) | C/A No. 5:12-00958-JFA-KDW |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Warden, Broad River Correctional Institution, ) | |
| ) | |
| Respondent. ) | |
| ) | |

     This action, filed by a state prisoner, seeks habeas corpus relief under 28 U.S.C. § 2254. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order dated April 26, 2012, Petitioner was given a specific time frame in which to show cause why his petition should not be dismissed under the one-year statute of limitations. Petitioner responded to the order and this case is now ready for evaluation under Rule 4 of the Rules Governing Section 2254 Cases in the United states District Courts.

**TO THE CLERK OF COURT**:

     The Clerk of Court shall not serve the § 2254 Petition upon Respondent because the Petition is subject to dismissal.

     IT IS SO ORDERED.

August 6, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge